UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

VINCENT M. BELCHER,

    Plaintiff,

v.                                Case No. 2:13-22318

WILLIAM R. SHARPE, JR. HOSPITAL,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This action was previously referred to Dwane L. Tinsley, United States Magistrate Judge, who has submitted his Proposed Findings and Recommendations ("PF&R") pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B). The magistrate judge recommends in his November 1, 2013, PF&R that the complaint be dismissed with prejudice for failure to state a claim and that the applicable filing fee be waived.

On November 5, 2013, the plaintiff filed two sets of additional documentation which the court will construe as objections. The objections, as construed, do not address the deficiencies in the complaint identified by the magistrate judge. The objections are thus not meritorious.

Following a <u>de</u> <u>novo</u> review, and having concluded that the objections lack merit, it is ORDERED that the PF&R be, and it hereby is, adopted and incorporated herein. It is further ORDERED that this action be, and it hereby is, dismissed with prejudice and the applicable filing fee is waived.

The Clerk is directed to send a copy of this written opinion and order to counsel of record and plaintiff.

ENTER: December 11, 2013

John T. Copenhaver, Jr.
United States District Judge